# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| CHADWICK E. CARROLL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. _____ |
| vs. ) | |
| ) | |
| CITY OF RED BANK, ) | |
| HAMILTON COUNTY GOVERNMENT, ) | |
| OFFICER PATRICK MILLER, In his official capacity ) | |
| as an agent for the City of Red Bank, and in his ) | |
| individual capacity, and ) | |
| JOHN DOE, in his official capacity as an agent for ) | |
| the Hamilton County Government, and in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendant Hamilton County Government, pursuant to 28 U.S.C. § 1441(a)(b) and (c), and 28 U.S.C. § 1443, shows the Court as follows:

1. Plaintiff Chadwick E. Carroll filed this action against the above-named Defendants on or about September 3, 2013, in the Circuit Court of Hamilton County, Tennessee, bearing docket number 13 C 1158. Hamilton County was served with a copy of the Summons and Complaint on September 4, 2013.

2. This Court has jurisdiction over the above-styled cause of action pursuant to 28 U.S.C. § 1331, § 1343, and § 1441(b).

3. The United States District Court for the Eastern District of Tennessee at Chattanooga, embracing Hamilton County, Tennessee, in which the Circuit Court action is currently pending, is the proper venue for removal of this action.

4. The Plaintiff has alleged violations of his rights under the Fourth and Fourteenth Amendments of the United States Constitution, statutory laws of the State of Tennessee, and Tennessee common law. Accordingly, removal is proper because this action involves a federal question.

5. Each of these Defendants expressly reserve the right to raise all defenses and objections after the action has been removed to this Court.

6. Consent of the City of Red Bank, is not necessary because the City of Red Bank has not been served.

7. Consent of John Doe is not necessary because the identity of John Doe is unknown.

8. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a). (Attached hereto as <u>Exhibit A</u>).

9. These Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

10. This Notice of Removal has been filed within thirty (30) days of these Defendants' first notice that the Plaintiff has alleged a basis for federal question jurisdiction.

WHEREFORE, Hamilton County prays that the above-captioned cause of action be removed from the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga.

HAMILTON COUNTY ATTORNEY'S OFFICE

By: _s/R. Dee Hobbs_
R. Dee Hobbs, BPR No. 10482
*Assistant County Attorney*
625 Georgia Avenue, Suite 204
Chattanooga, TN 37402
Phone/Fax: 423-209-6150/6151

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

_s/R. Dee Hobbs_

Robin R. Flores, Esq.
4110-A Brainerd Road
Chattanooga, TN 37411